ized residence with the intent to steal. We affirm. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for this order. Rule 30.25(b).

class C felony of stealing more than $500. We affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Lorne Brandon BIVINES, Appellant.**

**No. WD 75219.**

Missouri Court of Appeals,
Western District.

Aug. 13, 2013.

Craig Johnston, Columbia, MO, for Appellant.

Daniel McPherson, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., LISA WHITE HARDWICK, and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Lorne Brandon Bivines appeals the circuit court's judgment convicting him of burglary in the second degree and the

**Philip A. NIBLOCK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75079.**

Missouri Court of Appeals,
Western District.

Aug. 13, 2013.

Susan L. Hogan, Kansas City, MO, for appellant.

Andrew C. Hooper, Jefferson City, MO, for respondent.

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**ORDER**

PER CURIAM.

Philip Niblock appeals the judgment denying his Rule 29.15 motion, after he was convicted of first-degree tampering. Niblock contends the motion court clearly erred in denying post-conviction relief because his defense counsel was ineffective for failing to call two potential alibi witnesses and failing to fully cross-examine the victim and impeach her testimony. For reasons explained in a Memorandum